**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRINSTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Case No: 05-CV-06487 (DLC)<br><br>NOTICE OF MOTION FOR<br>ADMISSIONS *PRO HAC VICE* |

TO:   All Parties

    PLEASE TAKE NOTICE that, upon the Affidavit of Ira K. Gross sworn to July 20, 2005, the Affidavit of Ilene Robinson Sunshine sworn to July 20, 2005, and the Affidavit of Joshua L. Solomon sworn to July 20, 2005, plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an order admitting Ilene Robinson Sunshine and Joshua L. Solomon *pro hac vice* so that they may appear and participate as attorneys in the above-captioned case on her behalf.

Dated: July 21, 2005
       Boston, MA

SULLIVAN & WORCESTER LLP

By: _____
Ira Gross (IG-6834)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
Email: igross@sandw.com

*Attorney for Plaintiff Christina Elwell*

{B0422454; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Case No: 05-CV-06487 (DLC)<br><br>AFFIDAVIT OF IRA K. GROSS<br>IN SUPPORT OF PLAINTIFF'S MOTION<br>FOR ADMISSIONS *PRO HAC VICE* |

COMMONWEALTH OF MASSACHUSETTS   )
                                           )  ss.:
SUFFOLK COUNTY                       )

Ira K. Gross, being duly sworn, deposes and says:

1. I am a partner in the law firm of Sullivan & Worcester LLP, resident in the firm's Boston office. I am a member in good standing of the New York Bar and the Bar of this Court. I offer this affidavit in support of the motion of the plaintiff, Christina Elwell, to admit Ilene Robinson Sunshine and Joshua L. Solomon *pro hac vice* so that they may appear and participate as attorneys on her behalf in this action.

2. Ilene Robinson Sunshine is a partner in the law firm of Sullivan & Worcester LLP, resident in the firm's Boston office.

3. She has been a member in good standing of the Bar of the Commonwealth of Massachusetts since December 20, 1979. She is also admitted to practice before the United States District Court for the District of Massachusetts (since May 19, 1980) and the United States Court of Appeals for the First Circuit (since February 1, 2000).

4. Ms. Sunshine has read and is familiar with the standards for professional conduct imposed upon the members of the New York Bar, and she has assured me that she shall comply therewith. (See Affidavit of Ilene Robinson Sunshine, annexed as Exhibit A hereto.)

5. Joshua L. Solomon is an associate with the law firm of Sullivan & Worcester LLP, resident in the firm's Boston office.

6. He has been a member in good standing of the Bar of the Commonwealth of Massachusetts since March 19, 2004. He is also admitted to practice before the United States District Court for the District of Massachusetts (since October 21, 2004), the United States Courts of Appeals for the First Circuit (since September 22, 2004) and for the Ninth Circuit (since August 17, 2004), and the United States Court of Federal Claims (since December 20, 2004).

7. Mr. Solomon has read and is familiar with the standards for professional conduct imposed upon the members of the New York Bar, and he has assured me that he shall comply therewith. (See Affidavit of Joshua L. Solomon, annexed as Exhibit B hereto.)

8. The appearance and active participation of Ilene Robinson Sunshine and Joshua L. Solomon will facilitate the proper presentation of Christina Elwell's positions to this Court because of their particular knowledge of the circumstances giving rise to this action and their experience in actions such as this. Ilene Robinson Sunshine has represented Christina Elwell in the administrative proceedings underlying this action, and is Ms. Elwell's preferred counsel for this action. Joshua L. Solomon is an associate in the Boston office of Sullivan & Worcester LLP, and Ms. Elwell also has expressed her desire to have Mr. Solomon appear as her counsel.

9. A draft order granting the within Motion for Admissions *Pro Hac Vice* is annexed as Exhibit C hereto.

_____
Ira K. Gross (Bar No. IG-6834)

Sworn to before me this
20 day of July 2005

_____
Cindy A. Francusa
Notary Public

# EXHIBIT A

{B0422258; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA ELWELL, )
    Plaintiff, )    Case No: 05-CV-06487 (DLC)
)
v. )
)
)    AFFIDAVIT OF
GOOGLE, INC. and )    ILENE ROBINSON SUNSHINE
TIMOTHY ARMSTRONG, )
    Defendants. )
)

COMMONWEALTH OF MASSACHUSETTS )
) ss.:
SUFFOLK COUNTY )

ILENE ROBINSON SUNSHINE, being duly sworn, deposes and says:

1.    I am a partner in the law firm of Sullivan & Worcester LLP, resident in the firm's Boston office. I offer this affidavit in support of the motion of the plaintiff, Christina Elwell, to admit Joshua L. Solomon and me *pro hac vice* so that we may appear and participate as attorneys in this action on her behalf.

2.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts (since December 20, 1979). I am also admitted to practice before the United States District Court for the District of Massachusetts (since May 19, 1980) and the United States Courts of Appeals for the First Circuit (since February 1, 2000).

3.    I have read and am familiar with the standards for professional conduct imposed upon the members of the New York Bar, and shall comply therewith.

{B0422267; 1}

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. No previous application has been made for the relief requested (in this case).

WHEREFORE, your affiant respectfully requests that she be permitted to appear *pro hac vice* as counsel and advocate for the aforenamed plaintiff.

_____
Ilene Robinson Sunshine

Sworn to before me this
20 day of July 2005

_____
Cindy Jancurla
Notary Public

2

{B0422267; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>  Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>  Defendants. | Case No: 05-CV-06487 (DLC)<br><br>AFFIDAVIT OF JOSHUA SOLOMON |

COMMONWEALTH OF MASSACHUSETTS   )
                                ) ss.:
SUFFOLK COUNTY                  )

JOSHUA L. SOLOMON, being duly sworn, deposes and says:

1. I am an associate with the law firm of Sullivan & Worcester LLP, resident in the firm's Boston office. I offer this affidavit in support of the motion of the plaintiff, Christina Elwell, to admit Ilene Robinson Sunshine and me *pro hac vice* so that we may appear and participate as attorneys in this action on her behalf.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Massachusetts (since March 19, 2004). I am also admitted to practice before the United States District Court for the District of Massachusetts (since October 21, 2004 ), the United States Courts of Appeals for the First Circuit (since September 22, 2004) and for the Ninth Circuit (since August 17, 2004), and the United States Court of Federal Claims (since December 20, 2004).

3. I have read and am familiar with the standards for professional conduct imposed upon the members of the New York Bar, and shall comply therewith.

{B0422452; 1}

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. No previous application has been made for the relief requested (in this case).

WHEREFORE, your affiant respectfully requests that he be permitted to appear *pro hac vice* as counsel and advocate for the aforenamed Plaintiff.

_____<br>
Joshua L. Solomon

Sworn to before me this
20 day of July, 2005

_____
Cindy A. Franciosa
Notary Public

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1979**, said Court being the highest Court of Record in said Commonwealth:

## ILENE ROBINSON SUNSHINE

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **June** in the year of our Lord two thousand and five.

*signature*
MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT B

{B0422258; 1}

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **March** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

## JOSHUA L. SOLOMON

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **June** in the year of our Lord two thousand and five.

*MAURA S. DOYLE,* Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT C

{B0422258; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Case No: 05-CV-06487 (DLC)<br><br>ADMISSIONS TO PRACTICE<br>*PRO HAC VICE* |

    The Motion for Admissions *Pro Hac Vice* submitted by plaintiff Christina Elwell in the above-captioned matter is granted. The admitted attorneys, Ilene Robinson Sunshine and Joshua L. Solomon, are permitted to represent Christina Elwell in the above-captioned case.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

    This Order confirms the appearances of Ilene Robinson Sunshine and Joshua L. Solomon as counsel in this case, and it will be entered on the Court's docket.

    The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2005

                                                          _____
                                                           United States District Judge

{B0422453; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA ELWELL, )
    Plaintiff, )
                                 )       Case No: 05-CV-06487 (DLC)
v. )
                                 )       AFFIDAVIT OF SERVICE
GOOGLE, INC. and )
TIMOTHY ARMSTRONG, )
    Defendants. )

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK  )

MICHAEL J. MALLOY, being duly sworn, says: that I am over the age of eighteen years and am not a party herein, that I am an employee of the law firm of Sullivan & Worcester LLP in New York, New York, and that on the 21st day of July 2005, I served true copies of the within Notice of Motion for Admissions *Pro Hac Vice* and Affidavit of Ira K. Gross in Support of Plaintiff's Motion for Admissions *Pro Hac Vice* upon both defendants by mailing same, postage prepaid, by U.S. mail, to counsel authorized to accept service on their behalf and on whom service of process has been effected, i.e., Fred W. Alvarez, Esq., at Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304.

                                                                Michael J. Malloy

Sworn to before me this
21st day of July 2005

Notary Public

SUSAN E. SOLIS
Notary Public, State of New York
No. 01SO4933591
Qualified in Richmond County
Commission Expires June 20, 2006

{B0425761; 1}