UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Case No: 05-CV-06487 (DLC)<br><br>NOTICE OF MOTION FOR<br>ADMISSIONS *PRO HAC VICE* |

*Granted.*
*Denise Cote*
*July 27, 2005*

TO:   All Parties

    PLEASE TAKE NOTICE that, upon the Affidavit of Ira K. Gross sworn to July 20, 2005, the Affidavit of Ilene Robinson Sunshine sworn to July 20, 2005, and the Affidavit of Joshua L. Solomon sworn to July 20, 2005, plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an order admitting Ilene Robinson Sunshine and Joshua L. Solomon *pro hac vice* so that they may appear and participate as attorneys in the above-captioned case on her behalf.

Dated: July 21, 2005
       Boston, MA

SULLIVAN & WORCESTER LLP

By: _____
Ira Gross (IG-6834)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
Email: igross@sandw.com

*Attorney for Plaintiff Christina Elwell*

{B0422454; 1}