UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Civil Action No: 05-06487<br>(Judge Cote)<br>**ACKNOWLEDGMENT BY GOOGLE, INC. OF SERVICE OF PROCESS** |

Defendant Google, Inc., through its undersigned representative, hereby acknowledges and confirms that it has accepted service of the Summons and Complaint in this action, effective as of July 19, 2005, without waiver of or prejudice to any defenses it may possess in this action, with the sole exception of any defense based on the manner or sufficiency of service.

GOOGLE, INC.

By: _____
Fred W. Alvarez
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

{B0424993; 1}