UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Civil Action No: 05-06487<br>(Judge Cote)<br>**ACKNOWLEDGMENT<br>BY TIMOTHY ARMSTRONG OF<br>SERVICE OF PROCESS** |

Defendant Timothy Armstrong, through his undersigned representative, hereby acknowledges and confirms that he has accepted service of the Summons and Complaint in this action, effective as of July 19, 2005, without waiver of or prejudice to any defenses he may possess in this action, with the sole exception of any defense based on the manner or sufficiency of service.

TIMOTHY ARMSTRONG

By: _____
Fred W. Alvarez
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

{B0425045; 1}