MARINA C. TSATALIS
GARY M. GANSLE
KORAY J. BULUT
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: MTsatalis@wsgr.com

ADRIAN T. DELMONT (AD-7010)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street
New York, NY 10017
Tel. (212) 999-5800
ADelmont@wsgr.com

Attorneys for Defendants
GOOGLE INC. and TIMOTHY ARMSTRONG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br><br>            Defendants. | ECF CASE<br>Case No: 05-CV-06487 (DLC)<br><br>DEFENDANTS' AMENDED NOTICE<br>OF MOTION AND MOTION TO<br>COMPEL ARBITRATION AND FOR<br>DISMISSAL OF ACTION, OR, IN THE<br>ALTERNATIVE, FOR A STAY OF<br>PROCEEDINGS PENDING<br>ARBITRATION |

    Defendants hereby move to compel Plaintiff to arbitrate her claims pursuant to 9 U.S.C. section 4 on the ground that this Court is an improper forum for Plaintiff's claims against Defendants. Plaintiff agreed by written contract to binding arbitration of her claims and therefore this action should be dismissed pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure . Plaintiff's claims should be heard by an arbitrator in accordance with the parties' contract.  In the alternative, this action should be stayed pending completion of the arbitration of Plaintiff's claims.  Defendants'

Motion to Compel Arbitration and for Dismissal of Action, or, in the Alternative, for a Stay of Proceeding Pending Arbitration, is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Marina C. Tsatalis, and the pleadings and records on file herein.

Dated: September 7, 2005				WILSON SONSINI GOODRICH & ROSATI
							 Professional Corporation


						By: _____/s/_____
							Adrian T. Delmont (AD-7010)
							Wilson Sonsini Goodrich & Rosati
							Professional Corporation
							12 East 49th Street
							New York, NY 10017

							*Attorneys for Defendants*
							*Google Inc. and Timothy Armstrong*