UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Case No: 05-CV-06487 (DLC) (JCF)<br><br>NOTICE OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF AND DECLARATION<br><br>ECF |

TO:   All Parties

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an Order striking Defendants' Reply Brief and Declaration in Support of Defendants' Motion to Compel Arbitration and for Dismissal of Action or, in the Alternative, for a Stay of Proceedings Pending Arbitration.

Dated: October 3, 2005
       Boston, MA

SULLIVAN & WORCESTER LLP

By:   /s/ Joshua L. Solomon
      Ira Gross (IG-6834)
      Ilene Robinson Sunshine (IS-2935), *pro hac vice*
      Joshua L. Solomon (JS-5848), *pro hac vice*
      SULLIVAN & WORCESTER LLP
      One Post Office Square
      Boston, MA  02109
      Tel: (617) 338-2800
      Fax: (617) 338-2880
      Emails: igross@sandw.com
              isunshine@sandw.com
              jsolomon@sandw.com

*Attorneys for Plaintiff Christina Elwell*

{B0448302; 1}