SCANNED

FRED W. ALVAREZ
MARINA C. TSATALIS
GARY M. GANSLE
KORAY J. BULUT
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

ADRIAN T. DELMONT (AD-7010)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12 East 49th Street
New York, NY 10017
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendants,*
GOOGLE, INC. AND TIMOTHY
ARMSTRONG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br><br>　　　　Plaintiff<br><br>v.<br><br>GOOGLE, INC. and TIMOTHY ARTMSTRONG,<br><br>　　　　Defendants. | Case No. 05 CV 6487 (DLC) |

**NOTICE OF MOTION FOR ADMISSION**
*PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed declaration of Adrian T. Delmont and all exhibits appended thereto, Defendants Google, Inc. and Timothy Armstrong (collectively "Defendants"), will move the Court before the Honorable Denise Cote, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Local Civil Rule 1.3 admitting Fred W. Alvarez, Esq., Marina C. Tsatalis, Esq.,

C:\NrPortbl\PALIB1\AD6\2698652_1.DOC (2462)

Gary M. Gansle, Esq., and Koray J. Bulut, Esq., to appear *pro hac vice* in the above-captioned action on behalf of Google, Inc. and Timothy Armstrong.

PLEASE TAKE FURTHER NOTICE that Defendants' motion is made on submission and that no party should appear before the Court on this motion.

Dated:  New York, New York
    September 2, 2005

>                     WILSON SONSINI GOODRICH & ROSATI
>                     PROFESSIONAL CORPORATION
>
>                     By: _____
>                         Adrian T. Delmont (AD-7010)
>                         12 East 49th Street, 30th Floor
>                         New York, NY 10017-8203

TO: **SULLIVAN & WORCESTER, LLP**
Ilene Robinson Sunshine, Esq.
One Post Office Square
Boston, MA 02109