AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

Christina Elwell

v.

Google Inc. and Timothy Armstrong

**APPEARANCE**

Case Number: 05 CV 6487 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants

I certify that I am admitted to practice in this court.

2/12/05
Date

*[Signature: Marina C. Tsatalis]*
Signature

Marina C. Tsatalis     Pro Hac Vice
Print Name     Bar Number

Wilson Sonsini Goodrich & Rosati, 650 Page Mill
Address

Palo Alto, CA     94304
City    State    Zip Code

(650) 320-4862     (650) 565-5100
Phone Number     Fax Number