AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

**APPEARANCE**

Christina Elwell

v.

Google Inc. and Timothy Armstrong

Case Number: 05 CV 6487 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants

I certify that I am admitted to practice in this court.

December 8, 2005
Date

Signature

Koray J. Bulut | Pro Hac Vice
Print Name | Bar Number

Wilson Sonsini Goodrich & Rosati, 650 Page Mill
Address

Palo Alto, CA | 94304
City | State | Zip Code

(650) 565-3589 | (650) 565-5100
Phone Number | Fax Number