UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

CHRISTINA ELWELL,

                     Plaintiff,

     -v-

GOOGLE, INC. and TIMOTHY ARMSTRONG,

                Defendants.

------------------------------------ X

05 Civ. 6487 (DLC)

ORDER

DENISE COTE, District Judge:

    This action having been stayed pending arbitration, it is hereby

    ORDERED that the action be transferred to the suspense docket.

    IT IS FURTHER ORDERED that counsel for the plaintiff will provide this Court with a status report by January 24, 2007.

SO ORDERED:

Dated:   New York, New York
        January 30, 2006

                              DENISE COTE
                United States District Judge