UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br> Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br> Defendants. | Civil Action No:<br>05-CV-06487 (DLC) (JCF)<br>ECF |

## PLAINTIFF'S STATUS REPORT

On January 30, 2006, this Court compelled arbitration and stayed the above-captioned action pending arbitration. The Court also ordered counsel for plaintiff to provide the Court with a status report by January 24, 2007. Counsel for plaintiff hereby reports that this matter is pending before the American Arbitration Association. The parties are currently engaged in discovery. A hearing on the merits is scheduled to begin on September 24, 2007.

CHRISTINA ELWELL,

By her attorneys,

/s/ Joshua L. Solomon
Ira K. Gross (IG 6834)
Ilene Robinson Sunshine (IS 2935), *pro hac vice*
Joshua L. Solomon (JS 5848), *pro hac vice*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
igross@sandw.com
isunshine@sandw.com
jsolomon@sandw.com

Dated: January 24, 2007

{B0599484; 1}