UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHRISTINA ELWELL,

            Plaintiff,

  -against-

GOOGLE, INC. and TIMOTHY ARMSTRONG,

            Defendants.

------------------------------------------------------------- x

05-CV-06487 (DLC) (JCF)

ECF CASE

## NOTICE OF PLAINTIFF'S MOTION TO LIFT THE LITIGATION STAY

TO:    All Parties

PLEASE TAKE NOTICE that upon the accompanying memorandum, Declaration of Christina Elwell, and Declaration of Joshua L. Solomon, plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an Order lifting the litigation stay currently in place in this case.

Dated: April 19, 2007
       Boston, MA

SULLIVAN & WORCESTER LLP

By:  /s Joshua L. Solomon
      Ira Gross (IG-6834)
      Ilene Robinson Sunshine (IS-2935), *pro hac vice*
      Barry S. Pollack (BP-4039)
      Joshua L. Solomon (JS-5848), *pro hac vice*
      SULLIVAN & WORCESTER LLP
      One Post Office Square
      Boston, MA 02109
      Tel: (617) 338-2800
      Fax: (617) 338-2880
      Emails:  igross@sandw.com
                   isunshine@sandw.com
                   bpollack@sandw.com
                   jsolomon@sandw.com
      *Attorneys for Plaintiff Christina Elwell*