UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHRISTINA ELWELL,

              Plaintiff,

    -against-

GOOGLE, INC. and TIMOTHY
ARMSTRONG,

           Defendants.

------------------------------------------------------------------ x

05-CV-06487 (DLC) (JCF)

ECF CASE

### DECLARATION OF CHRISTINA ELWELL IN SUPPORT OF MOTION TO LIFT LITIGATION STAY

1.      I am the plaintiff in the above-captioned matter and offer this declaration in support of my motion to lift the stay of litigation currently in place in this action.

2.      Prior to discovery in the arbitration in this matter, I did not possess copies of the offer letter that defendants produced under Bates label G0002-03, or the draft offer letter that defendants produced under Bates label G00443.

3.      At the time defendants moved to compel arbitration in this case, I did not have a specific recollection of the offer letter, which I had not seen since 2000 when I accepted my job at Google, and I do not recall ever having seen the draft offer letter.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 18, 2007.

_____
Christina Elwell