# Exhibit B



Google Inc.
2400 Bayshore Parkway
Mountain View, CA 94043

Main 650.318.0200
Fax  650.618.1499
www.google.com

Christina Elwell
530 West End Avenue, Apt. 62
New York, NY 10024

September 13, 2000

Dear Christina:

It is with great pleasure that we offer you a position at Google as Advertising Sales Director, in New York reporting to Tim Armstrong, VP of National Advertising Sales. Your base salary will be $5384.62 bi-weekly ($140,000 annualized) plus benefits.

In addition, upon approval by our Board of Directors, you will be granted an option to purchase 51,000 shares of Google stock. Your option price will be based upon the fair market value as determined by the Board of Directors at their next meeting following your date of hire. Your options will vest at the rate of 1/4 on the date 12 months after you commence employment, and the remaining shares will vest an additional 1/48th each month thereafter.

Your Target Annual Earning will be $210,000 based on achievement of 100% of your annual quota.

Per the Immigration Naturalization Act, Google is required to verify the identity and employment authorization of all new hires. In order to comply with this legal obligation, please provide Google with proper documentation (Social Security card and Driver's License or Passport) on your first day of employment.

As a Google employee, you will be required to sign an acknowledgement that you have read and understand Google policies and procedures which are included in Google's Employee Handbook. You will also be expected to sign and comply with an Employment, Confidential Information, Invention Assignment Agreement which requires, among other provisions, the assignment of patent rights to any invention made during your employment at Google and non-disclosure of proprietary information.

As a full-time regular employee of Google, you will be eligible for health care and related employee benefits. Most of your benefits will become effective on your date of hire and will be explained to you during a New Hire Orientation at 10:00 a.m. on your first day. Should you have any questions before then, please contact Heather Cairns, HR Representative at (650) 330-0100 x1004. Please bring evidence of your identity and eligibility for employment in the United States with you on your first day of employment.

This offer is valid for 5 (five) business days following your receipt of this letter and is contingent upon your start date within the month of September 2000. To indicate your acceptance of Google's offer, please sign and date the enclosed original and return it in the envelope provided. A duplicate original is enclosed for your record.

Christina, we look forward to you joining the team! We feel you will make a substantial impact on the future direction and success of Google. We look forward to working with you!

Sincerely,

*[signature]* for Omid Kordestani

Omid Kordestani
VP of Sales and Business Development
Google, Inc.

G0002

I accept the terms and conditions of this offer of employment as stated above. I understand and agree that my employment with Google will be voluntarily entered into, and that nothing in this offer letter is to be construed or interpreted as a contract for employment for a specified period of time. Consequently, I will be free to resign at any time for any reason or no reason, as I deem appropriate, and understand that Google will have a similar right and may conclude its employment relationship with me at any time, with or without cause. I further understand that my signature is required on a Google Incorporated Confidentiality and Invention Agreement as a condition of employment on my first day of employment.

I have read and fully understand this agreement. I acknowledge and accept the terms and conditions stated herein.

*[signature]* Christina Elwell        9/18/00 DATE

_____

Start Date (Should be a Monday, unless Monday is a holiday.)

G0003