# Exhibit C

This exhibit has been redacted pending the Court's ruling on plaintiff's motion to file the exhibit under seal