# Exhibit G



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Western Case Management Center*
John M. Bishop
Vice President
Jeffrey Garcia
Assistant Vice President

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
internet: http://www.adr.org/

August 29, 2006

**VIA FACSIMILE**

Barry S. Pollack, Esq.
Joshua L. Solomon, Esq.
Ilene R. Sunshine, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Marina C. Tsatalis, Esq.
Gary M. Gansle, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Re: 74 160 00200 06 JOIB
    Christina Elwell
    VS
    Google, Inc. and Timothy Armstrong

Dear Counsel:

Per direction of the Arbitrator, we herewith transmit the following, which shall constitute her final Scheduling Order:

| Date | Event |
|---|---|
| 9/11/06 | Start Date for Discovery Other than Depositions |
| 11/6/06 and 11/7/06 | Deposition of Christina Elwell |
| 11/9/06 and 11/10/06 | Deposition of Timothy Armstrong |
| 11/13/06 | Deposition of Eric Elwell |
| 11/17/06 | Deposition of Charlie Grey |
| 11/22/06 | Deposition of David Scacco |
| 11/29/06 | Deposition of Julie Winzenried (Harn) |
| 2/1/07 | Discovery cutoff (all depositions completed and responses to discovery supplied to opposing party) |
| 2/15/07 | Last day to file discovery motions |
| 2/28/07 | Last day to file oppositions to discovery motions |

| | |
|---|---|
| 4/30/07 | Last day to file dispositive motions |
| 5/30/07 | Last day to file opposition to dispositive motions |
| 6/13/07 | Last day to reply to opposition to dispositive motions |
| 6/25/07 | Exchange of witness lists and copies of documents to be used by each party as part of its case |
| 6/29/07 | Last day to identify experts |
| 7/16/07 | Exchange of expert reports and exhibits |
| 8/6/07 | Last day to depose experts |

Both parties agree that the case will take seven days of hearing. The hearing in this matter is set to take place on **September 24, 25, 26, 27 and 28, and October 1 and 2, 2007**; at the offices of the American Arbitration Association, located at One Sansome Street, 16th Floor, San Francisco, California. The hearings are set to commence at 9:00 AM each day.

In accordance with the Employment Agreement, this case will be conducted in accordance with the National Rules for the Resolution of Employment Disputes amended and effective September 15, 2005 and CCP §§ 1280 et seq.

Any motion to amend the Demand for Arbitration or to assert a counterclaim may be made by the parties in accordance with Rule 5.

The parties agree on the need for a court reporter to transcribe the arbitration hearing and agree to split the cost of an original plus two copies of the transcripts.

This final scheduling order will remain in force and effect unless modified by the arbitrator for good cause shown. Unavailability of witnesses or parties to attend the scheduled hearing dates must be established by cogent and reliable evidence.

The employer has been billed $59,950.00 as a deposit to cover the arbitrator's anticipated compensation and expenses for this matter. This amount was determined by the arbitrator and based on the overall case schedule that the parties arrived at during the Management Conference. Payment is to be received by the Association no later than **January 15, 2007**. You will be receiving an automatically generated invoice within two weeks and every thirty days thereafter, until the balance is paid. Should you need a copy immediately to facilitate payment please contact the undersigned. We will be informing the arbitrator of the amount on deposit forty-five days prior to the first hearing date, and if full deposits are not on hand the arbitrator may suspend this proceeding pending the parties' compliance with the rules.

Additionally, each party's invoice will reflect any applicable administrative fees due the Association.

You may also view case financial information, as well as make payments with a credit card online via AAA's WebFile.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

/s/
José Ibarra
Case Manager
(559) 650-8031
IbarraJ@adr.org

*Supervisor Information: Noreen L. Garcia, (559) 490-1867, Garcian@adr.org*

Enclosure

cc:     Catherine Harris, Esq.

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

August 29, 2006

Joshua L. Solomon, Esq.
Ilene R. Sunshine, Esq.
Barry S. Pollack, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Marina C. Tsatalis, Esq.
Gary M. Gansle, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Re: 74 160 00200 06 JOIB
    Christina Elwell
    VS
    Google, Inc. and Timothy Armstrong

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place:  American Arbitration Association-SF
        One Sansome Street, 16th Floor
        San Francisco, CA 94104

Date:  September 24, 2007    Time:  09:00 AM

Date:  September 25, 2007    Time:  09:00 AM

Date:  September 26, 2007    Time:  09:00 AM

Date:  September 27, 2007    Time:  09:00 AM

Date:  September 28, 2007    Time:  09:00 AM

Date:  October 01, 2007      Time:  09:00 AM

Date:  October 02, 2007      Time:  09:00 AM

Before: Catherine Harris, Esq.

NOTE:

Please attend promptly with your witnesses and be prepared to present your proofs.

        José Ibarra
        Case Manager
        (559) 650-8031

NOTICE: The arbitrator has arranged her schedule and reserved the above dates. Therefore, every effort should be made to appear on the dates scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator will make a determination. All requests for postponements must be communicated to the Case Manager, not the arbitrator. There should be no direct communication between the parties and the neutral arbitrator. In some instances, postponements are subject to cancellation fees by the arbitrator. Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other party of the arrangements in advance of the hearings.

cc:  Catherine Harris, Esq.