# Exhibit H

## Solomon, Joshua L.

| | |
|---|---|
| **From:** | Jose Ibarra [Ibarraj@adr.org] |
| **Sent:** | Monday, April 16, 2007 5:56 PM |
| **To:** | MTsatalis@wsgr.com; Bulut, Koray J.; Sunshine, Ilene Robinson; Solomon, Joshua L.; Pollack, Barry S. |
| **Cc:** | Catherine C. Harris |
| **Subject:** | AAA Case No. 74 160 00200 06 (Elwell v Google) |

Dear Counsel:

Per the arbitrator's direction, we herewith transmit the following, which shall constitute a ruling on her part:

**"The motion for a continuance is granted. Unavailability of lead counsel for due to pregnancy consitutes good cause for the granting of the continuance.**

**Please consult your calendars and the calendars of witnesses and experts in order to allow the setting of this case for seven consecutive days of hearing in February of 2008. The final procedure for selecting specific hearing dates will be discussed tomorrow during our conference call."**

This will serve also to remind you of the conference call tomorrow afternoon, at 1:00 PM Pacific/4:00 PM Eastern. Conference America is dialing out to all parties at the numbers you provided.

As always, please feel free to contact me if you have any questions.

/s/
José Ibarra
Case Manager
Western Case Management Center
American Arbitration Association
6795 North Palm Ave, 2nd Floor
Fresno, CA 93704
Fax: (559) 490-1919
Direct: (559) 650-8031
Toll Free: (877) 528-0880, ext. 8031
Email: IbarraJ@adr.org
Internet: www.adr.org

This e-mail communication is confidential and is intended only for the individual (or individuals) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (559) 650-8031 during the hours of 9:00 A.M.- 5:00 P.M. (PST). Please then delete the e-mail and any copies of it. Thank you.