# Exhibit I

FRED W. ALVAREZ, State Bar No. 68115
MARINA C. TSATALIS, State Bar No. 178897
GARY M. GANSLE, State Bar No. 200755
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Respondents
GOOGLE INC. and
TIMOTHY ARMSTRONG

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| CHRISTINA ELWELL<br><br>Claimant<br><br>v.<br><br>GOOGLE INC. and<br>TIMOTHY ARMSTRONG<br><br>Respondents. | CASE NO. 74 160 00200 06 JOIB<br><br>**STIPULATION REGARDING EXCLUSION OF WITNESSES AND EVIDENCE** |

WHEREAS, Respondents sought to take the depositions of Carl Petrillo, Carl Petrillo, Jr., Gregory Petrillo, Renate Elwell, Alan Elwell, Sean Elwell, Ian Elwell, John Kisseberth, Laurie Bernstein, Jay Dunn, Michael McGowan, Kayce Fried, Claimant's step mother, Lisa Chajet and Victoria Johnson, individuals who were identified by Claimant and/or Claimant's husband in their respective depositions as persons with whom Claimant and/or her husband have discussed the facts of this case; and

WHEREAS, Arbitrator Catherine Harris issued an order providing that Respondents are permitted to depose these witnesses unless Claimant stipulated that she would not call each individual as a witness, or introduce into evidence any statements or actions by these individuals; and

1  WHEREAS, as a result of the Arbitrator's ruling, Claimant has agreed to enter into such
2  a stipulation with regard to the third party witnesses identified above.
3  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:
4  1.  Claimant will not call Carl Petrillo, Carl Petrillo, Jr., Gregory Petrillo, Renate
5  Elwell, Alan Elwell, Sean Elwell, Ian Elwell, John Kisseberth, Laurie Bernstein, Jay Dunn,
6  Michael McGowan, Kayce Fried, Claimant's step mother, Lisa Chajet or Victoria Johnson as
7  witnesses at the arbitration hearing.
8  2.  Claimant will not introduce into evidence any statements or actions by any of
9  these individuals at the arbitration hearing.
10 3.  Respondents will not depose Carl Petrillo, Carl Petrillo, Jr., Gregory Petrillo,
11 Renate Elwell, Alan Elwell, Sean Elwell, Ian Elwell, John Kisseberth, Laurie Bernstein, Jay
12 Dunn, Michael McGowan, Kayce Fried, Claimant's step mother, Lisa Chajet or Victoria Johnson
13 in this action.

SO STIPULATED.

Dated: March 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
    Marina C. Tsatalis

Attorneys for Respondents

GOOGLE INC. and
TIMOTHY ARMSTRONG

Dated: March 9, 2007

SULLIVAN & WORCESTER LLP

By: _____
    Joshua Solomon

Attorneys for Claimant
CHRISTINA ELWELL