UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

CHRISTINA ELWELL,                          :

               Plaintiff,              :

   -against-                               :   **05-CV-06487 (DLC) (JCF)**

GOOGLE, INC. and TIMOTHY                 :   **ECF CASE**
ARMSTRONG,                               :

            Defendants.             :

------------------------------------------------------------------- x

## <u>NOTICE OF PLAINTIFF'S MOTION TO FILE DOCUMENT UNDER SEAL</u>

TO:   All Parties

       PLEASE TAKE NOTICE that upon the accompanying memorandum, plaintiff

Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York,

for an Order permitting her to file under seal Exhibit C to the Declaration of Joshua L. Solomon

in Support of Plaintiff's Motion to Lift Litigation Stay.

Dated: April 19, 2007           SULLIVAN & WORCESTER LLP
       Boston, MA

                           By:  s/ Joshua L. Solomon
                              Ira Gross (IG-6834)
                              Ilene Robinson Sunshine (IS-2935), *pro hac vice*
                              Barry S. Pollack (BP-4039)
                              Joshua L. Solomon (JS-5848), *pro hac vice*
                              SULLIVAN & WORCESTER LLP
                              One Post Office Square
                              Boston, MA  02109
                              Tel:  (617) 338-2800
                              Fax:  (617) 338-2880
                              Emails:  igross@sandw.com
                                          isunshine@sandw.com
                                          bpollack@sandw.com
                                          jsolomon@sandw.com
                              *Attorneys for Plaintiff Christina Elwell*