UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHRISTINA ELWELL,

          Plaintiff,

  -against-

GOOGLE, INC. and TIMOTHY ARMSTRONG,

          Defendants.

------------------------------------------------------------- x

**05-CV-06487 (DLC) (JCF)**

**ECF CASE**

## NOTICE OF PLAINTIFF'S AMENDED MOTION TO FILE DOCUMENT UNDER SEAL

TO:    All Parties

       PLEASE TAKE NOTICE that upon the accompanying memorandum, plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an Order permitting her to file under seal an unredacted version of Exhibit C to the Declaration of Joshua L. Solomon in Support of Plaintiff's Motion to Lift Litigation Stay.

Dated: May 2, 2007  
      Boston, MA

SULLIVAN & WORCESTER LLP

By:  s/ Joshua L. Solomon
     Ira Gross (IG-6834)
     Ilene Robinson Sunshine (IS-2935), *pro hac vice*
     Barry S. Pollack (BP-4039)
     Joshua L. Solomon (JS-5848), *pro hac vice*
     SULLIVAN & WORCESTER LLP
     One Post Office Square
     Boston, MA 02109
     Tel: (617) 338-2800
     Fax: (617) 338-2880
     Emails: igross@sandw.com
              isunshine@sandw.com
              bpollack@sandw.com
              jsolomon@sandw.com
     *Attorneys for Plaintiff Christina Elwell*