

**WSGR** **Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

**www.wsgr.com**

April 23, 2007

**VIA U.S. MAIL**

APR 2 . 2007

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re:    *Christina Elwell v. Google Inc.; Case No. 05 CV 6487*

Dear Judge Cote:

We represent Google Inc. in the above-captioned matter which you placed on inactive stay on January 30, 2006 pending binding arbitration. On April 19, 2007, more than fourteen months after you ordered the case to arbitration, Plaintiff Christina Elwell filed a pleading entitled "Motion to Lift the Litigation Stay," in which she asks the Court to reconsider its decision to compel arbitration and transfer the case back to court. Pursuant to Local Civil Rule 6.1(b) Defendants' Opposition to this motion is currently due on May 3, 2007, ten (10) business days from filing.

The parties have stipulated to extend the time by which Defendants must file their Opposition until **May 17, 2007** because Defendants are in the midst of the time-consuming task of drafting their Motion for Summary Judgment in the arbitration forum.

Pursuant to item 1.E. of your Standing Orders, we now respectfully make the following statements in support of our request for an extension of time:

1.    The original date that Defendants' Opposition would be due is May 3, 2007.
2.    No previous requests for extension of time have been requested by either party in this matter.
3.    Claimant has consented to a new Opposition due date of May 17, 2007.
4.    This extension of time will not affect any scheduled dates, as this matter is currently stayed on the Court's calendar.

Thank you for your consideration and understanding in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/07

Respectfully submitted

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Marina C. Tsatalis*
Marina C. Tsatalis

cc:    Ilene R Sunshine, Esq.

*Opposit is due May 17;
reply is due May 25.*
*Denise Cote*
*May 2, 2007*