UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
CHRISTINA ELWELL,                    :     05 CIV. 6487 (DLC)
              Plaintiff,             :
                                     :     ORDER
    -v-                              :
                                     :
GOOGLE, INC. and TIMOTHY ARMSTRONG,   :
                                     :
              Defendants.            :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/07

DENISE COTE, District Judge:

   Adrian Delmont having left the law offices of Wilson Sonsini Goodrich & Rosati, it is hereby

   ORDERED that the Clerk of Court shall remove Adrian Delmont's appearance from this case as counsel for the defendants.

Dated:    New York, New York
          May 9, 2007

                                       _____
                                              DENISE COTE
                                       United States District Judge