UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CHRISTINA ELWELL,

        Plaintiff,

   -against-

GOOGLE, INC. and TIMOTHY ARMSTRONG,

        Defendants.

-------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/12/07
```

05-CV-06487 (DLC) (JCF)

ECF CASE

**MEMO ENDORSED**

### NOTICE OF PLAINTIFF'S AMENDED MOTION TO FILE DOCUMENT UNDER SEAL

TO:   All Parties

PLEASE TAKE NOTICE that upon the accompanying memorandum, plaintiff Christina Elwell will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, for an Order permitting her to file under seal an unredacted version of Exhibit C to the Declaration of Joshua L. Solomon in Support of Plaintiff's Motion to Lift Litigation Stay.

*Denied.*

*[signature] Denise Cote*
*June 12, 2007*

Dated: May 2, 2007  
Boston, MA

SULLIVAN & WORCESTER LLP

By:   s/ Joshua L. Solomon  
    Ira Gross (IG-6834)  
    Ilene Robinson Sunshine (IS-2935), *pro hac vice*  
    Barry S. Pollack (BP-4039)  
    Joshua L. Solomon (JS-5848), *pro hac vice*  
    SULLIVAN & WORCESTER LLP  
    One Post Office Square  
    Boston, MA 02109  
    Tel: (617) 338-2800  
    Fax: (617) 338-2880  
    Emails: igross@sandw.com  
            isunshine@sandw.com  
            bpollack@sandw.com  
            jsolomon@sandw.com  
    *Attorneys for Plaintiff Christina Elwell*