UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA ELWELL,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and<br>TIMOTHY ARMSTRONG,<br>    Defendants. | Civil Action No:<br>05-CV-06487 (DLC) (JCF)<br>ECF |

## PLAINTIFF'S STATUS REPORT

On January 30, 2006, this Court compelled arbitration and stayed the above-captioned action pending arbitration. The Court also ordered counsel for plaintiff to provide the Court with a status report by January 15, 2008. Counsel for plaintiff hereby reports that this matter is pending before the American Arbitration Association. Discovery has closed, and a hearing on the merits is scheduled to begin on February 4, 2008.

                CHRISTINA ELWELL,

                By her attorneys,

                /s/ Joshua L. Solomon
                Ira K. Gross (IG 6834)
                Ilene Robinson Sunshine (IS 2935), *pro hac vice*
                Joshua L. Solomon (JS 5848), *pro hac vice*
                SULLIVAN & WORCESTER LLP
                One Post Office Square
                Boston, MA 02109
                (617) 338-2800 (phone)
                (617) 338-2880 (fax)
                igross@sandw.com
                isunshine@sandw.com
                jsolomon@sandw.com

Dated: January 15, 2008