UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
                                      :

CHRISTINA ELWELL,                     :

               Plaintiff,       :

   -against-               :     **05-CV-06487 (DLC) (JCF)**

                               :

GOOGLE, INC. and TIMOTHY    :     **ECF CASE**
ARMSTRONG,                   :

                             :

            Defendants.     :

-------------------------------------------------------------------- x

<u>**NOTICE OF DISMISSAL**</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby dismisses all claims in the

above-captioned action with prejudice.


Dated: March 7, 2008                SULLIVAN & WORCESTER LLP

                             By: /s/ Joshua L. Solomon
                                 Ira Gross (IG-6834)
                               Ilene Robinson Sunshine (IS-2935), *pro hac vice*
                               Barry S. Pollack (BP-4039)
                               Joshua L. Solomon (JS-5848), *pro hac vice*
                               SULLIVAN & WORCESTER LLP
                               One Post Office Square
                               Boston, MA  02109
                               Tel:  (617) 338-2800
                               Fax:  (617) 338-2880
                               Emails:  igross@sandw.com
                                       isunshine@sandw.com
                                       bpollack@sandw.com
                                       jsolomon@sandw.com
                               *Attorneys for Plaintiff Christina Elwell*