```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CHRISTINA ELWELL,

        Plaintiff,

  -against-

GOOGLE, INC. and TIMOTHY
ARMSTRONG,

        Defendants.

-------------------------------------------------------------- x

05-CV-06487 (DLC) (JCF)

ECF CASE

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby dismisses all claims in the above-captioned action with prejudice.

Dated: March 7, 2008

SULLIVAN & WORCESTER LLP

By: _____
Ira Gross (IG-6834)
Ilene Robinson Sunshine (IS-2935), *pro hac vice*
Barry S. Pollack (BP-4039)
Joshua L. Solomon (JS-5848), *pro hac vice*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
Emails: igross@sandw.com
        isunshine@sandw.com
        bpollack@sandw.com
        jsolomon@sandw.com
*Attorneys for Plaintiff Christina Elwell*

_____
March 11, 2008